UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )      1:26-cr-10204-MJJ
                              )
            V.                )
                              )
                              )
    SCHLEIDER ARISTHYL        )

NOTICE OF APPEARANCE OF COUNSEL

The undersigned counsel hereby advises the Court and the

United States that he will appear on behalf of the defendant in

the above-captioned matter.


Schleider Aristhyl,
By his attorney,



_____
Stephen Neyman
10 Tremont Street
Suite 602
Boston, MA 02108
617-263-6800
B.B.O. # 551576
steve@neymanlaw.com

CERTIFICATE OF SERVICE

    I hereby certify that on July 19, 2026 I caused a copy of defense counsel's Notice of Appearance of Counsel to be served on Julissa Walsh, Office of the United States Attorney, John Joseph Moakley United States Federal Courthouse, 1 Courthouse Way, Suite 9200 Boston, MA 02210 electronically.


_____
Stephen Neyman